UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
OCT 0 7 2008
JEFFREY A. APPERSON, CLERK
BY
DEPUTY CLERK

UNITED STATES OF AMERICA

INDICTMENT

v.

NO. 5:08CR33-R

18 U.S.C. § 922(g)(9)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

DARNELL GREENE
a/k/a DARNELL GREEN

The Grand Jury charges:

## COUNT 1

On or about April 5, 2008, in the Western District of Kentucky, Christian County, Kentucky, **DARNELL GREENE a/k/a DARNELL GREEN**, defendant herein, being a person who had been convicted in a court of a misdemeanor crime of domestic violence, that is, on or about June 4, 2003, **DARNELL GREENE a/k/a DARNELL GREEN**, was convicted of fourth degree assault, case number 03-M-01061 in the Christian County, Kentucky, District Court, did knowingly possess, in and affecting commerce, a firearm, to wit: a Charter Arms .44 caliber revolver, serial number 193273, and ammunition.

In violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

The Grand Jury further charges:

## COUNT 2
### (FORFEITURE)

As a result of committing the offense alleged in Count 1, a felony punishable by imprisonment for more than one year, the defendant, **DARNELL GREENE a/k/a DARNELL GREEN**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to, one Charter Arms .44 caliber revolver, serial number 193273, and ammunition.

A TRUE BILL.

_____
FOREPERSON

_____
DAVID L. HUBER
UNITED STATES ATTORNEY

DLH:TWD:9/16/08

2

UNITED STATES OF AMERICA v. DARNELL GREENE a/k/a DARNELL GREEN

P E N A L T I E S

Count 1: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: Forfeiture

N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual          Felony:  $100 per count/individual
              $125 per count/other                        $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule.  You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court.  18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987:</u>

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing.  This rate changes monthly.  Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both.  18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.  That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.  Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

    LOUISVILLE:      Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

    BOWLING GREEN:   Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

    OWENSBORO:       Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

    PADUCAH:         Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:08CR33-R

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Paducah Division

THE UNITED STATES OF AMERICA
vs.
DARNELL GREENE a/k/a DARNELL GREEN

## INDICTMENT
Title 18 U.S.C. §§ 922(g)(9); 924(a)(2); 924(d);
Title 28 U.S.C. § 2461.
Felon in Possession of a Firearm; Forfeiture.

*A true bill.*



*Foreman*

*Filed in open court this* 7th day, *of* October, A.D. 2008.

**FILED** *Clerk*

Bail, $

OCT 0 7 2008

JEFFREY A. APPERSON, CLERK
BY
DEPUTY CLERK